ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

KATHERINE WAWRZYNIAK (CABN 252751)
Chief, Criminal Division

DANIEL PASTOR (CABN 297948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7234
    daniel.pastor@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 22-361-JSW |
| Plaintiff, | **JOINT STATUS CONFERENCE STATEMENT FOR JUNE 13, 2023 STATUS** |
| v. | |
| FELIPE DE JESUS ORNELAS MORA, GRISELDA CANCELADA LICEAGA, VERONICA JOSELYNE MORA, and YOSELIN PEREZ RAMIREZ, | |
| Defendants. | |

      Defendants Felipe de Jesus Ornelas Mora, Griselda Cancelada Liceaga, Veronica Joselyne Mora, and Yoselin Perez Ramirez are scheduled for a status before the Court on June 13, 2023. Defendants are charged with Conspiracy to Launder Monetary Instruments, Laundering of Monetary Instruments Represented to be Proceeds of Specified Unlawful Activity, and Unlawful Use of Another Person's Means of Identification. The government has provided discovery to all defendants.

      Since the last status statement, the government has produced additional discovery and met with certain defendants and counsel for proffer sessions. This process was delayed somewhat by scheduling issues and the appearance of new counsel for Defendant Yoselin Perez Ramirez. The government anticipates that it will be able to reach a negotiated resolution with all four defendants within

JOINT STATUS CONFERENCE STMT – JUNE 13, 2023 STATUS

approximately 60 days.  For two defendants, the government anticipates that the parties will be able to schedule change of plea within approximately 30-40 days.

The parties respectfully request that the Court set a further status on August 22, 2023.  If the parties have not reached negotiated resolutions by that time, the government anticipates that it will request to set a trial date at the next status.

The government continues to review electronic devices seized during the search warrant at the money service business Rincon Musical.  To allow further time for the defendants to review the large amount of discovery in this case and to address any specific requests for discovery relating to the calculation of offense level with the government, the parties agree that time should be excluded from computation under the Speedy Trial Act for effective preparation of counsel and ask that the Court to exclude time from June 13, 2023 through August 22, 2023.

DATED:  June 6, 2023

ISMAIL J. RAMSEY
United States Attorney

　/s/　　　　　　　　　　　　　
DANIEL PASTOR
Assistant United States Attorney

DATED:  June 6, 2023

　/s/　　　　　　　　　
MARTIN CARAVES
Counsel for Felipe de Jesus Ornelas Mora

DATED:  June 6, 2023

　/s/　　　　　　　　　
RANDALL SCOTT LUSKEY
Counsel for Griselda Cancelada Liceaga

DATED:  June 6, 2023

　/s/　　　　　　　　　
WARRINGTON S. PARKER
Counsel for Veronica Joselyne Mora

DATED:  June 6, 2023

　/s/　　　　　　　　　
CHRISTINA DIEDOARDO
Counsel for Yoselin Perez Ramirez

JOINT STATUS CONFERENCE STMT – JUNE 13, 2023 STATUS

**[PROPOSED] ORDER**

Based upon the stipulation of the parties and the representations of the parties in the status report submitted, the Court concludes that the failure to exclude the time between June 13, 2023 and August 22, 2023 time would deny the defendants and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the ends of justice served by ordering this continuance outweigh the best interest of the public and the defendants' right to a speedy trial and merits the exclusion of time.

The Court continues the status conference scheduled for June 13, 2022 to August 22, 2023. The parties shall submit a further status report by August 15, 2023.

**IT IS SO ORDERED.**

DATED: _____

_____
HON. JEFFREY S. WHITE
United States District Judge